IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HARLAN BROWN and DONNA
BROWN, Individually and on behalf
of all others similarly situated                                                                PLAINTIFFS

v.                                      Case No. 4:14-cv-04026

HOMESITE GROUP INCORPORATED
d/b/a HOMESITE HOME INSURANCE                                                    DEFENDANT

## ORDER

On September 8, 2014, the Court entered an Order staying the above-captioned case until October 20, 2014.  (ECF No. 32).  The time for the stay has run, and the parties have indicated to the Court that a stay is no longer necessary as their settlement attempts have not been successful.  (ECF No. 33).  Therefore, the stay of the above-captioned case should be and hereby is **LIFTED**.

**IT IS SO ORDERED**, this 24th day of November, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge