IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HARLAN BROWN and DONNA
BROWN, Individually and on behalf
of all others similarly situated                                                              PLAINTIFFS

v.                                    Case No. 4:14-cv-04026

HOMESITE GROUP INCORPORATED
d/b/a HOMESITE HOME INSURANCE                                                  DEFENDANT

## ORDER

Before the Court is Defendant's Motion for Withdrawal of Appearance of Marshall S. Ney and for Substitution of Counsel. (ECF No. 45). Defendants seek to remove Mr. Ney as their attorney of record and to substitute Karen P. Freeman. The Court notes that Karen P. Freeman has entered her appearance on behalf of the Defendant.

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Marshall S. Ney is hereby relieved as attorney of record for Defendant. The Clerk is directed to remove Mr. Ney from the CM/ECF notification system for this case.

**IT IS SO ORDERED**, this 5th day of March, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge