IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HARLAN BROWN and DONNA
BROWN, Individually and on behalf
of all others similarly situated                                                    PLAINTIFFS

v.                                        Case No. 4:14-cv-04026

HOMESITE GROUP INCORPORATED
d/b/a HOMESITE HOME INSURANCE                                          DEFENDANT

## ORDER

Before the Court is the parties' Joint Motion to Stay.  (ECF No. 48).  The parties have reached a settlement in this matter and are in the process of preparing settlement documents.  The parties believe that a stay for a period of forty-five (45) days is necessary to complete the preparation of documents.

The Court finds that good cause has been shown for the stay.  Accordingly, the parties' Joint Motion to Stay is **GRANTED**.  This action is hereby stayed for a period of forty-five (45) days.  The parties are directed to file a status report with the Court on or before the conclusion of the period of the stay.  The parties may send their status report in electronic form to sohinfo@arwd.uscourts.gov.

**IT IS SO ORDERED**, this 3rd day of September, 2015.


/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge