IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HARLAN BROWN and DONNA
BROWN, Individually and on behalf
of all others similarly situated					PLAINTIFFS

v.					Case No. 4:14-cv-04026

HOMESITE GROUP INCORPORATED
d/b/a HOMESITE HOME INSURANCE					DEFENDANT

## ORDER

On September 3, 2015, the Court entered an Order staying the above-captioned case until October 19, 2015.  (ECF No. 49).  The time for the stay has run, and the parties have had sufficient time in which to prepare settlement documents.  Accordingly, the stay of the above-captioned case should be and hereby is **LIFTED**.

The Court has notified the Court the parties have reached a settlement in this matter.  A joint motion for preliminary settlement must be filed by March 25, 2016.  All other deadlines are lifted, and the jury trial set for May 23, 2016 is cancelled.

**IT IS SO ORDERED**, this 26th day of February, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge